Parisien v Travelers Ins. Co. (2022 NY Slip Op 51136(U))

[*1]

Parisien v Travelers Ins. Co.

2022 NY Slip Op 51136(U) [77 Misc 3d 127(A)]

Decided on September 30, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 30, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2019-1782 K C

Jules Francois Parisien, M.D., as
Assignee of Haynes, Jaeneane, Respondent,
against
Travelers Insurance Company, Appellant.

Law Office of Aloy O. Ibuzor (Janice A. Robinson of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Sandra E. Roper, J.), entered September 6, 2019. The order, insofar as appealed from as
limited by the brief, denied the branch of defendant's motion seeking summary judgment
dismissing the complaint and granted plaintiff's cross motion for summary
judgment.

ORDERED that the order, insofar as appealed from, is modified by providing that
plaintiff's cross motion for summary judgment is denied; as so modified, the order,
insofar as appealed from, is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits,
defendant moved for, among other things, summary judgment dismissing the complaint
on the ground that the action was premature as plaintiff had failed to respond to
defendant's timely requests for additional verification. Plaintiff opposed the motion and
cross-moved for summary judgment. By order entered September 6, 2019, insofar as
appealed from as limited by the brief, the Civil Court denied the branch of defendant's
motion seeking summary judgment dismissing the complaint and granted plaintiff's cross
motion.
Defendant demonstrated, prima facie, that it had timely mailed initial and follow-up
requests for verification (see St.
Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123
[2008]), and that it had not received the requested verification. However, the affidavit
submitted by plaintiff in opposition to defendant's motion was sufficient to raise an issue
of fact as to whether the requested verification had been mailed to, and received by,
defendant (see Compas Med.,
P.C. v Praetorian Ins. Co., 49 Misc 3d 152[A], 2015 NY Slip Op 51776[U]
[App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2015]). As a result, there is an issue
of fact as to whether plaintiff's action is premature.
Accordingly, the order, insofar as appealed from, is modified by providing that
plaintiff's cross motion for summary judgment is denied.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 30, 2022